IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV108-RJC

| | |
|---|---|
| PTI ASSOCIATES, LLC, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| CAROLINA INTERNATIONAL ) | |
| SALES COMPANY, INC. doing business ) | |
| as Cisco, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #42-43) filed March 17, 2010 requesting admission of Attorneys Alex V. Hernandez and Steven J. Stafstrom, Jr. to represent Plaintiff. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 17, 2010

David S. Cayer
United States Magistrate Judge