-1-

### UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PTI ASSOCIATES, LLC, | X )  |
| Plaintiff, | ) )  CIVIL ACTION )  NO.: 3:10-cv-108-RJC-DSC |
| vs. | ) ) |
| CAROLINA INTERNATIONAL SALES COMPANY, INC., (dba "CISCO") AND NORMAN BEAUCAMP | ) ) ) |
| Defendants. | ) ) |
| | X |

### ORDER

Plaintiff's Request to Enter the Default of Carolina International Sales Company, Inc., (d/b/a "CISCO"), is hereby Granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Default enter against Carolina International Sales Company (d/b/a "CISCO") for failure to plead or otherwise defend in a timely manner.

**SO ORDERED.**

Signed: November 9, 2010

Frank G. Johns, Clerk
United States District Court

ACTIVE/71246.3/PLL/2291788v1