IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-108-RJC-DSC

| | |
|---|---|
| PTI ASSOCIATES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROLINA INTERNATIONAL SALES | ) |
| COMPANY, INC., (dba "CISCO"), | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Plaintiff's "Motion to Seal" (document #79) is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: March 21, 2011

David S. Cayer
United States Magistrate Judge